UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
LIBERTY MUTUAL INSURANCE COMPANY,

        Plaintiff,

  -against-

TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA f/k/a THE TRAVELERS INDEMNITY
COMPANY OF ILLINOIS,

        Defendant.
-----------------------------------------------------------------x

Civil Action No.: 07 CV 11292

JUDGE KEENAN

LIBERTY MUTUAL CIVIL
RULE 7.1 STATEMENT

RECEIVED DEC 1 7 2007 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant LIBERTY MUTUAL FIRE INSURANCE COMPANY (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    None.

Dated: New York, New York
       December 17, 2007

Yours, etc.,

JAFFE & ASHER LLP

By: _____
   Marshall T. Potashner, Esq. (MTP-3552)
Attorneys for Plaintiff
LIBERTY MUTUAL INSURANCE
COMPANY
600 Third Avenue, 9TH Floor
New York, New York 10016
(212) 687-3000

1