AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| SOUTHERN | District of | NEW YORK |

LIBERTY MUTUAL INSURANCE COMPANY,

Plaintiff,

V.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
f/k/a THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS,

Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  07 Civ. 11292 (JFK)

TO: (Name and address of Defendant)

Travelers Property Casualty Company of America
One Town Square
Hartford, CT 06183

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jaffe & Asher LLP
600 Third Avenue
New York, New York 10016

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

DATE  DEC 1 7 2007

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE January 2, 2008 at 11:50 a.m |
| NAME OF SERVER (PRINT) Melvy Garcia | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Served Andrew Premisler, Esq. at Lazare Potter Giacovas & Kranjac LLP, 950 Third Avenue, 15th Floor, New York, New York 10022, authorized agent for defendant to accept service

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/2/07
              Date                    Signature of Server

950 3rd Ave 15th Floor NY NY
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.