UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIBERTY MUTUAL INSURANCE COMPANY

      Plaintiff,      07 CV 11292 (JFK)

- against -      **RULE 7.1 DISCLOSURE**

TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA f/k/a THE TRAVELERS
INDEMNITY COMPANY OF ILLINOIS,

      Defendant.

  Defendant Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois hereby certifies, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, that it is a wholly-owned subsidiary of The Phoenix Insurance Company, which is a wholly-owned subsidiary of The Travelers Indemnity Company, which is a wholly-owned subsidiary of Travelers Insurance Group Holdings, Inc., which is a wholly-owned subsidiary of Travelers Property Casualty Corp., which is a wholly-owned subsidiary of The Travelers Companies, Inc., a publicly traded company.

Dated:  New York, New York
    January 22, 2008

          LAZARE POTTER GIACOVAS
         & KRANJAC  LLP

           s/ Andrew M. Premisler
         By: Stephen M. Lazare, Esq. (SL-2243)
           Andrew M. Premisler, Esq. (AP-0911)
         950 Third Avenue
         New York, New York  10022
         (212) 758-9300
         Attorneys for Defendant Travelers Property
         Casualty Company of America f/k/a The
         Travelers Indemnity Company of Illinois

## CERTIFICATE OF SERVICE

    I, Andrew M. Premisler, Esq., hereby certify that on January 22, 2008, the foregoing Rule 7.1 Disclosure was filed with the Clerk of the District Court by electronic filing using the CM/ECF system and served by electronic filing and regular mail upon the following parties:

    Marshall T. Potashner, Esq.
    Jaffe & Asher LLP
    600 Third Avenue
    New York, New York 10016
    (212) 687-3000

Dated:  New York, New York
          January 22, 2008

                                                  s/ Andrew M. Premisler
                                       Andrew M. Premisler (AP-0811)
                                       Lazare Potter Giacovas & Kranjac LLP
                                       950 Third Avenue
                                       New York, New York  10022
                                       (212) 758-9300
                                       apremisler@lpgk.com
                                       Attorneys for Defendant Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois