# Exhibit B

**TravelersPropertyCasualty**
A Member of TravelersGroup

One Tower Square, Hartford, Connecticut 06183

```
                                CONTRACTORS
                                COMMON POLICY DECLARATIONS
                                ISSUE DATE: 01/22/03

                                POLICY NUMBER: DT-CO-963K2686-TIL-03
```

1. NAMED INSURED AND MAILING ADDRESS:
   R & J CONSTRUCTION, CORP
   R & J DRYWALL FINISHERS, INC. (AS PER IL T8 00)
   4435 AUSTIN BLVD
   ISLAND PARK, NY 11558

2. POLICY PERIOD: From 01/01/03 to 01/01/04 12:01 A.M. Standard Time at your mailing address.

3. LOCATIONS
   Premises  Bldg.
   Loc. No.  No.   Occupancy            Address

   SEE IL T0 03

4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
   COMMERCIAL PROPERTY COV PART DECLARATIONS          CP T0 01 02 94 TIL
   COMMERCIAL GENERAL LIABILITY COV PART DECLARATIONS CG T0 01 03 94 TIL
   EMPLOYEE BENEFITS LIABILITY COV PART DECLARATIONS  CG T0 09 09 93 TIL
   COMMERCIAL INLAND MARINE COV PART DECLARATIONS     CM T0 01 07 86 TIL

5. NUMBERS OF FORMS AND ENDORSEMENTS
   FORMING A PART OF THIS POLICY:  SEE IL T8 01 10 93

6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy containing its complete provisions:
   Policy                       Policy No.              Insuring Company

                                      SEE CALCULATION OF PREMIUM
   DIRECT BILL                        COMPOSITE RATES ENDORSEMENT
7. PREMIUM SUMMARY:
   Provisional Premium  $ 1,013,073
   Due at Inception     $
   Due at Each

NAME AND ADDRESS OF AGENT OR BROKER:      COUNTERSIGNED BY:
ALLIANCEPLUS INC (A0877)
1050 FRANKLIN AVE
SUITE 200                                 Authorized Representative
GARDEN CITY, NY 11530                     DATE:

IL T0 02 11 89      PAGE 1 OF 2              OFFICE: LONG ISLAND NY