# Exhibit H

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------X
GEORGE SANTOLI and STACEY SANTOLI,

                  plaintiffs,

- against -

475 NINTH AVENUE ASSOCIATES, LLC,
VJB CONSTRUCTION 475 9TH AVENUE LLC,
VJB CONSTRUCTION CORP., SPIELER & RICCA
ELECTRICAL CO. INC. and KAJIMA DEVELOPMENT
CORPORATION,

                  defendants.
-----------------------------------------------------------------X
VJB CONSTRUCTION CORP., LIBERTY INTERNATIONAL
UNDERWRITERS a/s/o VJB CONSTRUCTION CORP.,

                  third-party-plaintiffs,

-against-

R&J CONSTRUCTION CORP.; TRAVELERS INDEMNITY
COMPANY; TRAVELERS INDEMNITY COMPANY OF
AMERICA; TRAVELERS INDEMNITY COMPANY OF
CONNECTICUT; REPUBLIC FRANKLIN INSURANCE
COMPANY; UTICA NATIONAL INSURANCE COMPANY
OF TEXAS; UTICA NATIONAL INSURANCE GROUP;
UTICA MUTUAL INSURANCE COMPANY; REGIONAL
SCAFFOLDING and HOISTING CO., INC.,

                  third-party-defendants.

-----------------------------------------------------------------X

Index No.: 118596/03

NOTICE OF
SUBSTITUTION OF
COUNSEL

**ORIGINAL**

TP Index No. 590445/04

      PLEASE TAKE NOTICE, that the attorneys of record for the defendant, 475 Ninth Avenue Associates, LLC, ZETLIN & DE CHIARA, LLP in the above captioned action have been substituted, and that RYAN, DEVEREAUX & CONLON LLP, are incoming counsel as

attorneys for 475 Ninth Avenue Associates, LLC, defendant herein, by Consent, filed with the Clerk of the Court on the 27th day of September, 2004, and RYAN, DEVEREAUX & CONLON, LLP will appear for said defendant and demand that all papers in this action be served upon them at their office.

Dated: September 27, 2004
New York, New York

ORIGINAL

Magdalena M. Laski
RYAN, DEVEREAUX & CONLON, LLP
Incoming Counsel
39 Broadway, Suite 910
New York, New York 10006
(212) 785-5959 (T)
(212) 785-4487 (F)

To   Michael A. Rose, Esq.
HACH & ROSE, LLP
Attorneys for Plaintiffs
GEORGE SANTOLI and
STACEY SANTOLI,
185 Madison Avenue, 8th Floor
New York, New York 10016
(212) 779-0057 (T)
(212) 779-0028 (F)

Kevin J. Murtagh, Esq.
O'CONNOR O'CONNOR HINTZ & DEVENEY, LLP
Attorneys for Defendant
SPIELER & RICCA ELECTRICAL CO., INC
One Huntington Quadrangle, Suite 1C07
Melville, New York 11747-4415
(631) 777-2330 (T)
(631) 777-2340 (F)

Glenn J. Matera, Esq.
FUREY, KERLEY, WALSH, MATERA &
CINQUEMANI, P.C.
Attorneys for Defendants
REPUBLIC FRANKLIN INSURANCE COMPANY,
UTICA NATIONAL INSURANCE COMPANY
OF TEXAS; UTICA NATIONAL INSURANCE
GROUP, UTICA MUTUAL INSURANCE
COMPANY,

2174 Jackson Avenue
Seaford, New York 11783
(516) 409-6200 (T)
(516) 409-8288 (F)

David Rutherford, Esq.
RUTHERFORD & CHRISTIE ATTY
Attorneys for Defendant
 R&J CONSTRUCTION CORP.
300 E 42nd St
Manhattan, NY 10017
(212) 599-5799 (T)
(212) 599-5162 (F)

Robert Sanchez, Esq.
FRANK H. WRIGHT, P.C.
Attorneys for Defendants
REGIONAL SCAFFOLDING and
 HOISTING CO., INC
641 Lexington Avenue
New York, New York 10022
(212) 832-3611 (T)
(212) 371-6632 (F)

Andrew M. Premisler, Esq.
LAZARE POTTER GIACOVAS & KRANJAC LLP
Attorneys for Defendants
TRAVELERS INDEMNITY COMPANY
OF AMERICA; TRAVELERS INDEMNITY
COMPANY OF AMERICA; TRAVELERS
INDEMNITY COMPANY OF CONNETICUT
950 Third Avenue
New York, New York 10022
(212)758-9300 (T)
(212)888-0919 (F)

ORIGINAL

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X
GEORGE SANTOLI and STACEY SANTOLI,

                    plaintiffs,              Index No.: 118596/03

- against -

475 NINTH AVENUE ASSOCIATES, LLC,
VJB CONSTRUCTION 475 9TH AVENUE LLC,
VJB CONSTRUCTION CORP., SPIELER & RICCA
ELECTRICAL CO. INC. and KAJIMA DEVELOPMENT
CORPORATION,

                    defendants.
-------------------------------------------------------------------X
VJB CONSTRUCTION CORP.; LIBERTY INTERNATIONAL      TP Index No.: 590445/04
UNDERWRITERS a/s/o VJB CONSTRUCTION CORP.,

                    third-party-plaintiffs,

-against-

R&J CONSTRUCTION CORP.; TRAVELERS INDEMNITY
COMPANY; TRAVELERS INDEMNITY COMPANY OF
AMERICA; TRAVELERS INDEMNITY COMPANY OF
CONNECTICUT; REPUBLIC FRANKLIN INSURANCE
COMPANY, UTICA NATIONAL INSURANCE COMPANY
OF TEXAS; UTICA NATIONAL INSURANCE GROUP;
UTICA MUTUAL INSURANCE COMPANY; REGIONAL
SCAFFOLDING and HOISTING CO., INC.,

                    third-party-defendants.
-------------------------------------------------------------------X

---

NOTICE OF SUBSTITUTION OF COUNSEL

---

# RYAN, DEVEREAUX & CONLON, LLP
39 BROADWAY
Suite 910
NEW YORK, NEW YORK 10006
TEL. (212) 785-5959 (T)   /   FAX (212) 785-4487 (F)