# Exhibit I

SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NEW YORK

Santoli

Plaintiff(s),

-against-

475 Ninth Avenue et al.

Defendant(s).

INDEX NO. 118596/03

IAS PART _____

**COMPLIANCE CONFERENCE ORDER**

On 4/28, 2005, a conference was held in this case. The parties appeared as follows:

Plaintiff(s) Hach + Rose for Santoli by Phil A. R.

Michael J_____ (under protest; reporter requested missing As)

Defendant(s) Spieler/Ricca by _____
R & J
3rd PA - Republic of Utica
Regional Scaffolding

Rutherford & Christie, by David R____
Furey Kerley, Walsh M&C, Stephen Green, Finck H. ____ + ____ R. ____ have appeared as ____

The Court has determined that the Court's Case Management Order of _____, 20___ has not been complied with in that Plaintiff, D. Spieler, Ricca, R & J, Regional Scaffolding, Republic Franklin, Utica all represent that VJB has not provided any discovery required by this court's order dated 3/18/05. VJB represents

Accordingly, it is ORDERED that that it has not provided any discovery th after 3/18/05 except: (1) Compliance with March 18th Court Order dated March 29, 2005; (2) Amended Compliance with March 18th Court Order dated March 31, 2005; (3) Notice dated March 24, 2005 That Gary C. Well is no longer employed by Kajima. Upon reading (1) and (2) and taking notice of (3), The Court determines that its order dated 3/18/05 has not been complied with. Therefore, The Answer and 3rd Party Complaint of VJB is hereby stricken. VJB requested a court reporter and the request was denied.

Dated: 4/28/05

SHIRLEY WERNER KORNREICH
J.S.C.

TS-13c (rev 2/1/93)