# Exhibit P

110907

1

```
 2    SUPREME COURT OF THE STATE OF NEW YORK
      NEW YORK COUNTY - CIVIL BRANCH - PART: 54
 3    ------------------------------------X
      GEORGE SANTOLI,
 4
                                PLAINTIFF,
 5                                                    INDEX NO.
                    -against-                         118596/03
 6
      VJB CONSTRUCTION CORP., AND
 7    KAJIMA DEVELOPMENT CORP.,

 8                              DEFENDANT.
      ------------------------------------X
 9
                              111 Centre Street
10                            New York, New York  10007

11                            November 9, 2007

12    B E F O R E:

13        HONORABLE SHIRLEY W. KORNREICH, Justice

14

15    A P P E A R A N C E S:

16        HACH & ROSE, LLP
          Attorney for Plaintiff
17            185 Madison Avenue - 8th Floor
              New York, New York  10016
18        BY:  JOSEPH P. CARFORA, ESQ., of Counsel

19        DEVEREAUX & WEIDENBAUM, LLP
          Attorney for Defendant
20            39 Broadway - Suite 910
              New York, New York  10006
21        BY:  PAUL WEIDENBAUM, ESQ., and
              MICHAEL J. DEVEREAUX, ESQ., of Counsel
22
          ALSO PRESENT:
23            HOWARD RUBIN, ESQ.,
              General Counsel for VJB
24

25                                ANGELA TOLAS, CSR
                                  OFFICIAL COURT REPORTER
26
```

AT

2

```
 1                       Proceedings
 2              THE COURT:  Apparently we have a
```
Page 1

110907

3   settlement.  Gentlemen, it appears that this case
4   has settled.
5           MR. CARFORA:  Yes, your Honor.
6           MR. WEIDENBAUM:  Yes, Judge.
7           THE COURT:  Well, first of all, is your
8   client here?
9           MR. CARFORA:  No, I have authority to
10  settle the case.
11          MR. WEIDENBAUM:  We'll accept his
12  representation.
13          THE COURT:  Okay, who is going to put
14  the settlement on the record?
15          MR. CARFORA:  I will.
16          THE COURT:  Okay.
17          MR. CARFORA:  It is hereby agreed,
18  stipulated by and between the parties that the case
19  of George Santoli and Stacey Santoli against VJB
20  Construction Corp./Kajima Development Corporation,
21  a joint venture, and VJB Construction Corp.,
22  individually, is settled in the amount of $875,000.
23          That amount of $875,000 will be paid as
24  follows:  The insurance company for the
25  aforementioned entities --
26          THE COURT:  Which one, for all of them?

AT

3

1                   Proceedings
2           MR. CARFORA:  Yes.
3           THE COURT:  Both of them?
4           MR. CARFORA:  Yes.
5           THE COURT:  Okay.

110907

6   MR. CARFORA: Liberty Mutual
7   International will pay $750,000, and VJB
8   Construction Corporation will pay $125,000 for a
9   total of $875,000.
10   THE COURT: Okay, and there was a prior
11   settlement, am I correct, with other defendants and
12   that was for $750,000?
13   MR. CARFORA: Yes.
14   THE COURT: And those defendants were.
15   MR. DEVEREAUX: R & J and I believe 475,
16   all the entities we expect to get a release from
17   the plaintiff releasing all entities.
18   MR. CARFORA: I can't settle without
19   getting a release from all entities.
20   THE COURT: What happened to 475 Ninth
21   Avenue?
22   MR. CARFORA: R & J.
23   THE COURT: And what about Spieler,
24   that's R & J, Spieler and Ricca?
25   MR. CARFORA: R & J -- let me start over
26   again. The $750,000 settlement.

AT

4

1   Proceedings
2   THE COURT: Right.
3   MR. CARFORA: Is already done. The
4   releases have been sent out. That settlement
5   involved 475 Ninth Avenue Associates, and R & J
6   Construction Company. Spieler and Ricca it has
7   nothing to do with as far as the plaintiff is
8   concerned they are out of the case.

110907

9  THE COURT: That was for 475 for each of
10 them?
11  MR. CARFORA: Right.
12  MR. DEVEREAUX: My understanding, Judge.
13  THE COURT: I thought it was $750,000.
14 How do you get $750,000?
15  MR. CARFORA: Not easy, Judge.
16  THE COURT: From whom?
17  MR. CARFORA: From both entities on
18 behalf of both entities.
19  THE COURT: So you got $475 from Ninth
20 Avenue and $475 from R & J?
21  MR. CARFORA: No, it's $750,000 on
22 behalf of both entities.
23  THE COURT: Why did you say 475 before?
24  MR. CARFORA: Because 475 is the owner
25 of the building. Oh, I see, I'm sorry.
26  MR. WEIDENBAUM: You thought it was a

AT

5

1           Proceedings
2 monetary amount, and he means the name.
3  MR. DEVEREAUX: I have to make sure on
4 the record I get a release from the plaintiff for
5 all the entities I'm representing including the
6 owner VJB, Kajima, and all entities listed in the
7 caption other than Spieler and R & J.
8  MR. CARFORA: We already released 475.
9  MR. DEVEREAUX: I don't have a release.
10  THE COURT: Just give him copies of the
11 releases.

Page 4

110907

12   MR. DEVEREAUX: Judge, by the way VJB
13   and all the entities reserved their rights
14   vis-a-vis other entities. To the extent they want
15   to collect whatever they want to it has nothing to
16   do with this this is only vis-a-vis the plaintiff.
17   THE COURT: As far as I'm concerned the
18   case is over.
19   MR. CARFORA: Correct, that's correct.
20   THE COURT: So the case has settled, am
21   I correct? And you've arranged payment?
22   MR. CARFORA: Right. Payment is going
23   to be made within the statutory period.
24   MR. DEVEREAUX: I thought we agreed on
25   30 days.
26   MR. CARFORA: For who?

AT

6

1
     Proceedings
2    MR. DEVEREAUX: For VJB, they'll have 30
3    days, for us for everybody else it will be within a
4    statutory period of time.
5    MR. CARFORA: Consent to that, Judge,
6    that's fine.
7    THE COURT: And in terms of any medical
8    liens, comp liens, anything else, the defendants
9    are held harmless, am I correct?
10   MR. CARFORA: That's correct, your
11   Honor. And let me just say I have spoken to both
12   my clients George Santoli and Stacey Santoli and
13   I've explained how the settlement works, and I've
14   explained to them that they could have gone forward

Page 5

110907

15  if they chose to.
16      THE COURT: And you've explained to them
17  the fees and the costs?
18      MR. CARFORA: I explained to them the
19  fees and the liens and everything that is involved
20  in the case, and I have both of their permission to
21  settle the case.
22      I also have permission to discontinue
23  the action by Stacey Santoli for loss of consortium
24  which I will, I'm doing right now. So therefore
25  the settlement is to George Santoli.
26      MR. DEVEREAUX: Mr. Rubin, do you want

AT

7

1               Proceedings
2   to put something on the record.
3       MR. CARFORA: Mr. Rubin.
4       THE COURT: First identify yourself.
5       MR. RUBIN: I'm Howard Rubin, from
6   Goetz, Fitzpatrick. I'm the general counsel for
7   VJB Construction Corp.
8       I've not appeared in this action. I was
9   asked to come down by defense counsel because of
10  issues between the carrier and I think my client on
11  payment issues not dealing with the plaintiff,
12  that's not really the issues I'm here for.
13      And I just want to make it clear on the
14  record that VJB is not waiving or compromising any
15  of its claims against any of the parties, except
16  plaintiff of course, and reserves the rights to go
17  against parties for contribution for payment of

110907

18  whatever sort and any bad faith claims it may have
19  against the carrier or carriers in this case.  And
20  that's it.
21              MR. DEVEREAUX:  He represents defendants
22  VJB Construction Corp., 475 Ninth Associates, VJB
23  and Kajima Development Corp.
24              (Whereupon, the jury is dismissed with
25  the thanks of the Court and all counsel.)
26  CERTIFIED TO BE A TRUE AND CORRECT

AT

8

1
                        Proceedings
2
3  TRANSCRIPT OF THE FOREGOING PROCEEDINGS.
4
5  _____
   ANGELA TOLAS, OFFICIAL COURT REPORTER
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20

Page 7