# Exhibit R

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------x
GEORGE SANTOLI and STACEY SANTOLI,  Index No.: 118596/03

          Plaintiffs,

  -against-

475 NINTH AVENUE ASSOCIATES, LLC,
VJB CONSTRUCTION 475 9TH AVENUE LLC,
VJB CONSTRUCTION CORP., SPIELER & RICCA
ELECTRICAL CO. INC. and KAJIMA DEVELOPMENT
CORPORATION,

          Defendants.
------------------------------------------------------------------x
475 NINTH AVENUE ASSOCIATES, LLC,  2nd TP Index No.: 590528/05

          Second Third-Party Plaintiff,

  -against-

R&J CONSTRUCTION CORP., SPEILER & RICCA    **NOTICE OF CONSENT**
ELECTRICAL COMPANY, INC.; REPUBLIC         **TO CHANGE ATTORNEY**
FRANKLIN INSURANCE COMPANY, UTICA          **RE: SECOND THIRD-**
NATIONAL INSURANCE GROUP, UTICA            **PARTY ACTION ONLY**
NATIONAL INSURANCE GROUP, SCOTTSDALE
INSURANCE COMPANY, TRAVELERS
PROPERTY CASUALTY COMPANY OF
AMERICA, ST. PAUL FIRE AND MARINE
INSURANCE COMPANY,

          Second Third-Party Defendants.
------------------------------------------------------------------x

**M A D A M/S I R S:**

    **PLEASE TAKE NOTICE** that the attached is a true and accurate copy of a consent to change attorney, which is being filed with respect to the above-entitled second

1

third-party action.

Dated:   New York, New York
         December 26, 2007

                                    Yours, etc.,

                                    JAFFE & ASHER LLP

                                    By: _____
                                        Marshall T. Potashner, Esq.
                                      Attorneys for Second Third-Party Plaintiff
                                      475 NINTH AVENUE ASSOCIATES, LLC
                                      600 Third Avenue, 9TH Floor
                                      New York, New York 10016
                                      (212) 687-3000

TO:   DEVEREAUX AND WEIDENBAUM, PC,
      As successor to Devereaux Weidenbaum, LLP
      Attorneys for Defendant
      VJB CONSTRUCTION CORP.
      and Attorneys for Defendant/Third-Party Plaintiff
      475 NINTH AVENUE ASSOCIATES, LLC
      39 Broadway, Suite 910
      New York, New York 10016
      (212) 785-5959

      HACH & ROSE, LLP
      Attorneys for Plaintiffs
      GEORGE SANTOLI and STACEY SANTOLI
      185 Madison Avenue, 8th Floor
      New York, New York 10016
      (212) 779-0057

      O'CONNOR O'CONNOR HINTZ & DEVENEY, LLP
      Attorneys for Defendant
      SPIELER & RICCA ELECTRICAL CO. INC.
      One Huntington Quadrangle, Suite 1C07
      Melville, New York 11741
      (631) 777-2330

FUREY, KERLEY, WALSH, MATERA & CINQUEMANI, P.C.
Attorneys for Third-Party Defendants
TRAVELER'S FRANKLIN INSURANCE COMPANY;
UTICA NATIONAL INSURANCE COMPANY OF TEXAS;
UTICA NATIONAL INSURANCE GROUP;
UTICA MUTUAL INSURANCE COMPANY
2174 Jackson Avenue
Seaford, New York 11783
(516) 409-6200

RUTHERFORD & CHRISTIE LLP
Attorneys for Third-Party Defendants
R&J CONSTRUCTION CORP.
300 E 42nd Street
New York, New York 10017
(212) 599-5799

LAZARE POTTER GIACOVAS & KRANJAC LLP
Attorneys for Third-Party Defendants
TRAVELERS INDEMNITY COMPANY OF AMERICA,
TRAVELERS INDEMNITY COMPANY OF AMERICA,
TRAVELERS INDEMNITY COMPANY OF CONNECTICUT
950 Third Avenue
New York, New York 10022
(212) 758-9300

KRAL, CLERKIN, REDMOND, RYAN, PERRY & GIRVAN, LLP
Attorneys for Third-Party Defendant
SCOTTSDALE INSURANCE COMPANY
69 East Jericho Turnpike
Mineola, New York 11501
(516) 742-3470

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------X
475 NINTH AVENUE ASSOCIATES, LLC,

                      plaintiff,

           -against-

R&J CONSTRUCTION CORP.; SPEILER & RICCA
ELECTRICAL COMPANY, INC.; REPUBLIC FRANKLIN
INSURANCE COMPANY; UTICA NATIONAL INSURANCE
GROUP; UTICA NATIONAL INSURANCE GROUP;
SCOTTSDALE INSURANCE COMPANY; TRAVELERS
PROPERTY CASUALTY COMPANY OF AMERICA; ST. PAUL
FIRE AND MARINE INSURANCE COMPANY,

                      defendants.
---------------------------------------------------------------X

Index No.: ~~110596/05~~ 590528/05

CONSENT TO CHANGE ATTORNEY

      475 NINTH AVENUE ASSOCIATES, LLC. hereby consents to the change of attorney and substitution of counsel in their behalf as of the date of this consent from the attorneys DEVEREAUX WEIDENBAUM, PC to the attorneys JAFFE & ASHER LLP.

Dated: November 26, 2007
      New York, New York

_____
475 NINTH AVENUE ASSOCIATES, LLC,
by Stephen N. Benjamin, Vice-President

_____
Michael J. Devereaux, Esq.
DEVEREAUX WEIDENBAUM, PC
39 Broadway, Suite 910
New York, New York 10006
(212) 785-5959 (T)
(212) 785-4487 (F)
Outgoing Attorneys

Sworn to before me this
12th day of December, 2007

_____
Notary Public

Marianne Dimino
Notary Public - State of New York
No 01DI4849869
Qualified in Queens County
My Comm. Expires January 6, 2010

STATE OF NEW YORK, COUNTY OF                                                                                                  ss:

I, the undersigned, am an attorney admitted to practice in the courts of New York, and

☐ **Attorney's Certification** — certify that the annexed has been compared by me with the original and found to be a true and complete copy thereof.

say that I am the attorney of record, or of counsel with the attorney(s) of record, for

☐ **Attorney's Verification by Affirmation** — I have read the annexed know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true. My belief, as to those matters therein not stated upon knowledge, is based upon the following.

Check Applicable Box

The reason I make this affirmation instead of                                is

I affirm that the foregoing statements are true under penalties of perjury
Dated:
                                                                                                                                     ........................................................................
                                                                                                                                     *(Print signer's name below signature)*

STATE OF NEW YORK, COUNTY OF                                                                                                  ss:
                                                                                    being sworn says: I am

☐ **Individual Verification** — in the action herein; I have read the annexed know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true.

the                                of

☐ **Corporate Verification** — a corporation, one of the parties to the action; I have read the annexed know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true.

Check Applicable Box

My belief, as to those matters therein not stated upon knowledge, is based upon the following:


Sworn to before me on                                   , 20                            ........................................................................
                                                                                                                                     *(Print signer's name below signature)*

..................................................................


STATE OF NEW YORK, COUNTY OF                                                                                                  ss:
                                                                                    being sworn says: I am not a party to the action, am over 18 years of age and reside at
                                                        On                                   , 20      , I served a true copy of the annexed
                                                                                      in the following manner:

☐ **Service by Mail** — by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee(s) as indicated below:

☐ **Personal Service** — by delivering the same personally to the persons at the address indicated below:

☐ **Service by Electronic Means** — by transmitting the same to the attorney by electronic means to the telephone number or other station or other limitation designated by the attorney for that purpose. In doing so I received a signal from the equipment of the attorney indicating that the transmission was received, and mailed a copy of same to that attorney, in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee(s) as indicated below:

☐ **Overnight Delivery Service** — by depositing the same with an overnight delivery service in a wrapper properly addressed. Said delivery was made prior to the latest time designated by the overnight delivery service for overnight delivery. The address and delivery service are indicated below:

Check Applicable Box




Sworn to before me on                                   , 20

..................................................................                                                       ........................................................................
                                                                                                                                     *(Print signer's name below signature)*

Index No. 118596          Year 20 2003

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

GEORGE SANTOLI and STACEY SANTOLI,
    -against-     Plaintiffs,
475 NINTH AVENUE ASSOCIATES, LLC, VJB CONSTRUCTION 475 9TH AVENUE LLC, VJB CONSTRUCTION CORP., SPIELER & RICCA ELECTRICAL CO. INC. and KAJIMA DEVELOPMENT CORPORATION,
----------------x     Defendants.
475 NINTH AVENUE ASSOCIATES, LLC,
    -against-     Second Third-Party Plaintiff,
R&J CONSTRUCTION CORP., SPIELER & RICCA ELECTRICAL COMPANY, INC.; REPUBLIC FRANKLIN INSURANCE COMPANY, UTICA NATIONAL INSURANCE GROUP, UTICA NATIONAL INSURANCE GROUP, SCOTTSDALE INSURANCE COMPANY, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, ST. PAUL FIRE AND MARINE INSURANCE COMPANY,
    Second Third-Party Defendants.

## NOTICE OF CONSENT TO CHANGE ATTORNEY RE: SECOND THIRD-PARTY ACTION ONLY

*Attorneys for*
JAFFE & ASHER LLP
**Second Third-Party Plaintiff**

600 THIRD AVENUE
NEW YORK, NEW YORK 10016
(212) 687-3000

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

Dated: _____  Signature _____

Print Signer's Name _____

*Service of a copy of the within*      *is hereby admitted*

Dated:

*Attorney(s) for*

PLEASE TAKE NOTICE

☐ NOTICE OF ENTRY
that the within is a (certified) true copy of a entered in the office of the clerk of the within named Court on      20

☐ NOTICE OF SETTLEMENT
that an Order of which the within is a true copy will be presented for settlement to the Hon.      one of the judges of the within named Court, at on      20   , at      M.

Dated:

*Attorneys for*

JAFFE & ASHER LLP

600 THIRD AVENUE
NEW YORK, NEW YORK 10016

To

*Attorney(s) for*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------------x

| | |
|---|---|
| GEORGE SANTOLI and STACEY SANTOLI, | Index No.: 118596/03 |
| Plaintiffs, | |
| -against- | |
| 475 NINTH AVENUE ASSOCIATES, LLC, VJB CONSTRUCTION 475 9TH AVENUE LLC, VJB CONSTRUCTION CORP., SPIELER & RICCA ELECTRICAL CO. INC. and KAJIMA DEVELOPMENT CORPORATION, | |
| Defendants. | |

-------------------------------------------------------------------------x

| | |
|---|---|
| 475 NINTH AVENUE ASSOCIATES, LLC, | 2nd TP Index No.: 590528/05 |
| Second Third-Party Plaintiff, | |
| -against- | |
| R&J CONSTRUCTION CORP., SPIELER & RICCA ELECTRICAL COMPANY, INC.; REPUBLIC FRANKLIN INSURANCE COMPANY, UTICA NATIONAL INSURANCE GROUP, UTICA NATIONAL INSURANCE GROUP, SCOTTSDALE INSURANCE COMPANY, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | **NOTICE OF APPEARANCE -- THIRD PARTY ACTION ONLY** |
| Second Third-Party Defendants. | |

-------------------------------------------------------------------------x

**M A D A M/S I R S:**

        **PLEASE TAKE NOTICE** that the undersigned appears as counsel of record for second third-party plaintiff 475 NINTH AVENUE ASSOCIATES, LLC in the Second

1

Third-Party Action only and demands that you serve all papers in this action upon the undersigned at the address stated below.

Dated: New York, New York
December 21, 2007

Yours, etc.,

JAFFE & ASHER LLP

By: _____
Marshall T. Potashner, Esq.
Attorneys for Second Third-Party Plaintiff
475 NINTH AVENUE ASSOCIATES, LLC
600 Third Avenue, 9TH Floor
New York, New York 10016
(212) 687-3000


TO: DEVEREAUX AND WEIDENBAUM, PC,
As successor to Devereaux Weidenbaum, LLP
Attorneys for Defendant
VJB CONSTRUCTION CORP.
and Attorneys for Defendant/Third-Party Plaintiff
475 NINTH AVENUE ASSOCIATES, LLC
39 Broadway, Suite 910
New York, New York 10016
(212) 785-5959

HACH & ROSE, LLP
Attorneys for Plaintiffs
GEORGE SANTOLI and STACEY SANTOLI
185 Madison Avenue, 8th Floor
New York, New York 10016
(212) 779-0057

O'CONNOR O'CONNOR HINTZ & DEVENEY, LLP
Attorneys for Defendant
SPIELER & RICCA ELECTRICAL CO. INC.
One Huntington Quadrangle, Suite 1C07
Melville, New York 11741
(631) 777-2330

FUREY, KERLEY, WALSH, MATERA & CINQUEMANI, P.C.
Attorneys for Third-Party Defendants
TRAVELER'S FRANKLIN INSURANCE COMPANY;
UTICA NATIONAL INSURANCE COMPANY OF TEXAS;
UTICA NATIONAL INSURANCE GROUP;
UTICA MUTUAL INSURANCE COMPANY
2174 Jackson Avenue
Seaford, New York  11783
(516) 409-6200

RUTHERFORD & CHRISTIE LLP
Attorneys for Third-Party Defendants
R&J CONSTRUCTION CORP.
300 E 42nd Street
New York, New York  10017
(212) 599-5799

LAZARE POTTER GIACOVAS & KRANJAC LLP
Attorneys for Third-Party Defendants
TRAVELERS INDEMNITY COMPANY OF AMERICA,
TRAVELERS INDEMNITY COMPANY OF AMERICA,
TRAVELERS INDEMNITY COMPANY OF CONNECTICUT
950 Third Avenue
New York, New York  10022
(212) 758-9300

KRAL, CLERKIN, REDMOND, RYAN, PERRY & GIRVAN, LLP
Attorneys for Third-Party Defendant
SCOTTSDALE INSURANCE COMPANY
69 East Jericho Turnpike
Mineola, New York  11501
(516) 742-3470

STATE OF NEW YORK, COUNTY OF                                                                                        ss:

I, the undersigned, am an attorney admitted to practice in the courts of New York, and

☐ **Attorney's Certification**    certify that the annexed
has been compared by me with the original and found to be a true and complete copy thereof.

☐ **Attorney's Verification by Affirmation**    say that I am the attorney of record, or of counsel with the attorney(s) of record, for
_____ I have read the annexed
know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true. My belief, as to those matters therein not stated upon knowledge, is based upon the following.

The reason I make this affirmation instead of _____ is

I affirm that the foregoing statements are true under penalties of perjury
Dated:
                                                                          (Print signer's name below signature)

STATE OF NEW YORK, COUNTY OF                                                                     ss:
                                         being sworn says: I am

☐ **Individual Verification**    in the action herein; I have read the annexed
know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true.

☐ **Corporate Verification**    the _____ of _____
a corporation, one of the parties to the action; I have read the annexed
know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true.
My belief, as to those matters therein not stated upon knowledge, is based upon the following


Sworn to before me on _____, 20____
                                                                           (Print signer's name below signature)


STATE OF NEW YORK, COUNTY OF                                                                     ss:
                                 being sworn says: I am not a party to the action, am over 18 years of
age and reside at
On _____, 20____, I served a true copy of the annexed
_____ in the following manner:

☐ **Service by Mail**    by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee(s) as indicated below:

☐ **Personal Service**    by delivering the same personally to the persons at the address indicated below:

☐ **Service by Electronic Means**    by transmitting the same to the attorney by electronic means to the telephone number or other station or other limitation designated by the attorney for that purpose. In doing so I received a signal from the equipment of the attorney indicating that the transmission was received, and mailed a copy of same to that attorney, in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee(s) as indicated below:

☐ **Overnight Delivery Service**    by depositing the same with an overnight delivery service in a wrapper properly addressed. Said delivery was made prior to the latest time designated by the overnight delivery service for overnight delivery. The address and delivery service are indicated below:


Sworn to before me on _____, 20____
                                                                           (Print signer's name below signature)

Index No 118596    Year 20 2003

## SUPREME COURT OF THE STATE OF NEW YORK
## COUNTY OF NEW YORK

GEORGE SANTOLI and STACEY SANTOLI,
    -against-  Plaintiffs,
475 NINTH AVENUE ASSOCIATES, LLC, VJB CONSTRUCTION 475 9TH AVENUE LLC, VJB CONSTRUCTION CORP., SPIELER & RICCA ELECTRICAL CO. INC. and KAJIMA DEVELOPMENT CORPORATION,
----------------x  Defendants.
475 NINTH AVENUE ASSOCIATES, LLC,
    -against-  Second Third-Party Plaintiff,
R&J CONSTRUCTION CORP., SPIELER & RICCA ELECTRICAL COMPANY, INC.; REPUBLIC FRANKLIN INSURANCE COMPANY, UTICA NATIONAL INSURANCE GROUP, UTICA NATIONAL INSURANCE GROUP, SCOTTSDALE INSURANCE COMPANY, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, ST. PAUL FIRE AND MARINE INSURANCE COMPANY,
    Second Third-Party Defendants.

## NOTICE OF APPEARANCE – THIRD PARTY ACTION ONLY

*Attorneys for*

JAFFE & ASHER LLP
**Second Third-Party Plaintiff**

600 THIRD AVENUE
NEW YORK, NEW YORK 10016
(212) 687-3000

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

Dated:    Signature

    Print Signer's Name

*Service of a copy of the within*    *is hereby admitted.*

Dated:

*Attorney(s) for*

*PLEASE TAKE NOTICE*

☐ NOTICE OF ENTRY    that the within is a (certified) true copy of a entered in the office of the clerk of the within named Court on    20

☐ NOTICE OF SETTLEMENT    that an Order of which the within is a true copy will be presented for settlement to the Hon.    one of the judges of the within named Court, at
on    20   , at    M.

Dated:

*Attorneys for*

JAFFE & ASHER LLP

600 THIRD AVENUE
NEW YORK, NEW YORK 10016

To:

*Attorney(s) for*