# JAFFE & ASHER LLP

## ATTORNEYS AT LAW

PLEASE REPLY TO NEW YORK OFFICE

ESTABLISHED 1974

NEW JERSEY OFFICE

600 THIRD AVENUE
NEW YORK, NY 10016-1901
(212) 687-3000
(212) 687-9639 (FAX)

1107 GOFFLE ROAD
HAWTHORNE, NJ 07507-0508
(973) 423-3998
(973) 423-6074 (FAX)

**MEMO ENDORSED**

January 29, 2008

Honorable John F. Keenan
United States District Court, S.D.N.Y.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1930
New York, New York 10007-1312

Counsels' jointly proposed briefing
schedule is accepted. Movant is to
submit two sets of fully briefed motion
papers to Chambers by March 29, 2008.

SO ORDERED.
Dated:        January 31, 2008.
              New York, New York

**Re:    Liberty Mutual Insurance Company v. Travelers Property Casualty
         Company of America
         Civil Action No.   :    07 Civ. 11292 (JFK)**

*John F. Keenan*
U.S.D.J.

Dear Judge Keenan:

        Our firm represents defendant LIBERTY MUTUAL INSURANCE
COMPANY ("Liberty Mutual") in the above-entitled action. Defendant TRAVELERS
PROPERTY CASUATY COMPANY OF AMERICA ("Travelers") has moved to dismiss
on the key issue in this action. The motion is currently returnable on February 22, 2008,
with opposition papers due on February 5, 2008. The parties have agreed on the
following briefing schedule for this motion:

        February 29, 2008  :  Liberty Mutual Serves Opposition Papers
        March 28, 2008     :  Travelers Serve's Reply Papers

The parties jointly respectfully request the Court to accept this briefing schedule.

Respectfully submitted,

Marshall T. Potashner

MTP:mp
cc:  Andrew Premisler, Esq.