# LAZARE POTTER GIACOVAS & KRANJAC LLP

Attorneys at Law
950 Third Avenue • New York, New York 10022
Telephone (212) 758-9300 • Facsimile (212) 888-0919
www.lpgk.com

WRITER'S EMAIL
apremisler@LPGK.com

WRITER'S DIRECT DIAL
(212) 784-3292

March 14, 2008

Honorable John F. Keenan
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1930
New York, New York 10007

Re: *Liberty Mutual Insurance Company v. Travelers Property Casualty Co. of America*
United States District Court for the Southern District of New York
Case No.: 07 Civ. 11292 (JFK)
LPGK File No.: 340-736

Dear Judge Keenan:

This firm represents the Defendant Travelers Property Casualty Company of America ("Travelers") in the above referenced matter. As an initial matter, this confirms my conversation with chambers earlier today wherein the conference currently scheduled for March 19, 2008 was adjourned on consent to March 26, 2008 at 9:45 a.m. Further, upon our request, Plaintiff has kindly agreed to extend Travelers' time to submit its reply papers (in connection with the Motion to Dismiss) from March 28, 2008 to April 1, 2008. Thus, Travelers hereby respectfully requests that Your Honor "so order" this letter extending Travelers time to submit its reply papers to April 1, 2008. There has been no prior request made for such an adjournment.

Thank you for your attention to this matter.

Very truly yours,

Andrew M. Premisler

So Ordered: John F. Keenan  3/18/08
U.S.D.J.

cc: Marshall T. Potashner, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-18-2008