UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

LIBERTY MUTUAL INSURANCE COMPANY,

                    Plaintiff,

   -against-

TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA f/k/a THE TRAVELERS INDEMNITY
COMPANY OF ILLINOIS,

                    Defendant.
-----------------------------------------------------------------x

Civil Action No.:
07 Civ. 11292 (JFK)

      I, Irina Finkler, being sworn, say: I am not a party to the action, am over 18 years of age and reside in the State of New York, County of Kings.

      That on February 25, 2008, I served a copy of the within **Affidavit in Opposition to Motion to Dismiss with annexed exhibits**, by mailing same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, to the following:

                    Lazare Potter Giacovas & Kranjac LLP
                    950 Third Avenue
                    New York, New York 10022

                                        *Irina Finkler*
                                        Irina Finkler

Sworn to before me this
25th day of February, 2008

*Susan C. Fioretti*
NOTARY PUBLIC

           SUSAN E. FIORETTI
     Notary Public, State of New York
           No. 01FL4923004
       Qualified in Queens County
    Commission Expires March 14, 20 10