UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

LIBERTY MUTUAL INSURANCE COMPANY,

           Plaintiff,

-against-

TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA f/k/a THE TRAVELERS INDEMNITY
COMPANY OF ILLINOIS,

           Defendant.
------------------------------------------------------------------x

Civil Action No.:
07 Civ. 11292 (JFK)

    I, Irina Finkler, being sworn, say: I am not a party to the action, am over 18 years of age and reside in the State of New York, County of Kings.

    That on February 25, 2008, I served a copy of the within **Plaintiff's Memorandum of Law in Opposition to Motion to Dismiss**, by mailing same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, to the following:

Lazare Potter Giacovas & Kranjac LLP
950 Third Avenue
New York, New York 10022

_Irina Finkler_
Irina Finkler

Sworn to before me this
25th day of February, 2008

_Susan E. Fioretti_
NOTARY PUBLIC

SUSAN E. FIORETTI
Notary Public, State of New York
No. 01FL4923004
Qualified in Queens County
Commission Expires March 14, 20 10