## CERTIFICATE OF SERVICE

I, Andrew M. Premisler, Esq., hereby certify that on April 1, 2008, the foregoing Declaration of Andrew M. Premisler, Esq. was filed with the Clerk of the District Court by electronic filing using the CM/ECF system and served by electronic filing and regular mail upon the following parties:

> Marshall T. Potashner, Esq.
> Jaffe & Asher LLP
> 600 Third Avenue
> New York, New York 10016
> (212) 687-3000

Dated: New York, New York
     April 1, 2008

                                       s/ Andrew M. Premisler
                                   Andrew M. Premisler (AP-0811)
                                   Lazare Potter Giacovas & Kranjac LLP
                                   950 Third Avenue
                                   New York, New York 10022
                                   (212) 758-9300
                                   apremisler@lpgk.com
                                   Attorneys for Defendant Travelers Property
                                   Casualty Company of America f/k/a The
                                   Travelers Indemnity Company of Illinois