**CERTIFICATE OF SERVICE**

    I, Andrew M. Premisler, Esq., hereby certify that on April 1, 2008, the foregoing Reply Memorandum of Law was filed with the Clerk of the District Court by electronic filing using the CM/ECF system and served by electronic filing and regular mail upon the following parties:

    Marshall T. Potashner, Esq.
    Jaffe & Asher LLP
    600 Third Avenue
    New York, New York 10016
    (212) 687-3000

Dated:  New York, New York
         April 1, 2008

                                    s/ Andrew M. Premisler
                              Andrew M. Premisler (AP-0811)
                              Lazare Potter Giacovas & Kranjac LLP
                              950 Third Avenue
                              New York, New York  10022
                              (212) 758-9300
                              apremisler@lpgk.com
                              Attorneys for Defendant Travelers Property
                              Casualty Company of America f/k/a The
                              Travelers Indemnity Company of Illinois