# JAFFE & ASHER LLP

ATTORNEYS AT LAW

*Established 1974*

PLEASE REPLY TO NEW YORK OFFICE

600 THIRD AVENUE
NEW YORK, NY 10016-1901
(212) 687-3000
(212) 687-9639 (Fax)

NEW JERSEY OFFICE

1107 GOFFLE ROAD
HAWTHORNE, NJ 07507-0508
(973) 423-3998
(973) 423-6074 (Fax)

**MEMO ENDORSED**

Honorable John F. Keenan
United States District Court, S.D.N.Y.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1930
New York, New York 10007-1312

Re: **Liberty Mutual Insurance Company v. Travelers Property Casualty Company of America**
**Civil Action No. : 07 Civ. 11292 (JFK)**

> The conference is adjourned. The parties are directed to advise the Court of the status of the proposed settlement by May 1, 2008.
> SO ORDERED.
> Dated: New York, New York
> April /5, 2008
>
> /s/ _____
> U.S.D.J.

Dear Judge Keenan:

Our firm represents plaintiff LIBERTY MUTUAL INSURANCE COMPANY ("Liberty Mutual") in the above-entitled action. I write to inform the Court that it appears that the parties, alone with others in the underlying action, appear to have reached a global settlement of both this coverage suit and the underlying personal injury action. A settlement agreement has been drafted, and is being circulated. In the meantime, the parties herein jointly request an adjournment of the argument of defendant's motion to dismiss, which is scheduled for April 24, 2008. The settlement, hopefully, will moot the need for the further expense of judicial resources on this matter.

Respectfully submitted,

Marshall T. Potashner

MTP:mp
cc: Andrew Premisler, Esq.