# LAZARE POTTER GIACOVAS & KRANJAC LLP

Attorneys at Law
950 Third Avenue • New York, New York 10022
Telephone (212) 758-9300 • Facsimile (212) 888-0919
www.lpgk.com

WRITER'S EMAIL
apremisler@LPGK.com

WRITER'S DIRECT DIAL
(212) 784-3292

**MEMO ENDORSED**

May 1, 2008



**BY HAND DELIVERY**

Honorable John F. Keenan
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1930
New York, New York 10007

Re: *Liberty Mutual Insurance Company v. Travelers Property Casualty Co. of America*
United States District Court for the Southern District of New York
Case No.: 07 Civ. 11292 (JFK)
LPGK File No.: 340-736

Dear Judge Keenan:

This firm represents the Defendant Travelers Property Casualty Company of America ("Travelers") in the above referenced matter. Further to the Court's April 15, 2008 directive, I write to advise the Court of the status of the proposed settlement. Although the parties to this and the underlying action have not yet finalized the proposed settlement, the parties appear to have reached an agreement for a global settlement of both actions. In fact, a settlement agreement has been drafted, circulated and signed by some of the parties. Accordingly, the parties to this action jointly request an additional two (2) weeks to finalize the settlement.

Thank you for your attention to this matter.

The application is granted. The parties shall advise the Court of the status of the proposed settlement by May 20, 2008.

Very truly yours,

SO ORDERED.
Dated: New York, New York
       May 5, 2008.

John F. Keenan
U.S.D.J.

Andrew M. Premisler

cc: Marshall T. Potashner, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-5-08