UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIBERTY MUTUAL INSURANCE COMPANY,

      Plaintiff,

- against -

TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA f/k/a THE TRAVELERS
INDEMNITY COMPANY OF ILLINOIS,

      Defendant.



RECEIVED
MAY 20 2008
JUDGE KEENAN'S CHAMBERS

07 CV 11292 (JFK)

**STIPULATION OF DISCONTINUANCE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the parties to the above-entitled party action, that the above-entitled action be, and the same hereby is discontinued with prejudice, without costs or disbursements to any party against any other.

Dated: New York, New York
    May 19, 2008

LAZARE POTTER GIACOVAS
& KRANJAC LLP

By: Andrew M. Premisler, Esq. (AP-0811)
950 Third Avenue
New York, New York 10022
(212) 758-9300
Attorneys for Defendant Travelers Property
Casualty Company of America f/k/a The
Travelers Indemnity Company of Illinois

JAFFE & ASHER, LLP

By: Marshall T. Potashner, Esq. (MP-3553)
600 Third Avenue
New York, New York 10016
(212) 687-3000
Attorneys for Plaintiff Liberty Mutual
Insurance Company

So Ordered *John F. Keenan* 5/20/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-20-08